**The NEW YORK TIMES COMPANY, Plaintiff,**

v.

**NEWSPAPER AND MAIL DELIVERERS' UNION OF NEW YORK AND VICINITY, et. al., Defendants.**

**No. 89 Civ. 6099 (RPP).**

United States District Court, S.D. New York.

Sept. 11, 1990.

As Revised Sept. 28, 1990.

See also 743 F.Supp. 272.

Proskauer Rose Goetz & Mendelsohn, New York City, Bernard M. Plum, for plaintiff.

Thomas W. Gleason, New York City, Maura R. Cahill, for defendants.

## OPINION AND ORDER

ROBERT P. PATTERSON, Jr., District Judge.

Plaintiff The New York Times Company (New York Times) moves for attorney's fees in the amount of $101,053.10 and costs of $10,971.35 in connection with the services performed in a contempt action arising out of defendant Union's members engaging in a work stoppage on March 28, 1990 in violation of an injunction agreed upon by the parties and so ordered by the Court on March 28, 1990, and for $11,346.25 for services rendered in making this fee applica-

tion. The total application is for $123,-370.70.

Plaintiff's fee request incorporates a 25 percent reduction of the total hours spent by attorneys in connection with the drafting and preparation of the post-hearing briefs, because plaintiff did not prevail on its requests for a second injunction and for coercive fines. Defendants argue that a 50 percent reduction of total attorney's hours and costs is more appropriate.

■ Plaintiff calculates its total hours on the contempt motion and hearing as follows:

**Attorneys**
| | | |
|---|---|---|
| Plum | — | 139.25 hrs. @ $285/hr. |
| Baumgarten | — | 202.00 hrs. @ $230/hr. |
| Goldfarb | — | 171.25 hrs. @ $120/hr. |
| Dorman | — | 20.75 hrs. @ $120/hr. |

**Legal Assistants**
| | | |
|---|---|---|
| Martin | — | 20.00 hrs. @ $ 90/hr. |
| Kim | — | 6.50 hrs. @ $ 75/hr. |
| Belcsak | — | 3.75 hrs. @ $ 70/hr. |

Plaintiff's total fees on this basis are $111,-736.25.

Plaintiff then applies its proposed 25 percent discount for time spent on research and briefing matters in which it did not prevail. This amounts to $10,683.15. Its total fee request for the contempt proceeding is $101,053.10. It also asks for $2,818.25 for deposition transcripts; $3,919.82 for the Court transcript; $1,995.40 for copying costs; $109.30 for delivery and fax costs; and $2,128.58 for Lexis and Westlaw.

Lastly, it requests its fees for attorney time making this motion:

**Attorneys**
| | | | |
|---|---|---|---|
| Plum | — | 10.75 @ $285/hr. = | $ 3,063.75 |
| Baumgarten | — | 11.75 @ $230/hr. = | 2,702.50 |
| Goldfarb | — | 46.50 @ $120/hr. = | 5,580.00 |
| | | | $11,346.25 |

**Defendants' calculations are as follows:**
| | | |
|---|---|---|
| Counsel fees | — | $57,368.12 |
| Costs | — | 5,485.68 |
| Counsel fees on application | — | 2,836.56 |
| | | $65,090.36 |

Based on the affidavit of Bernard Plum, Esq., submitted by plaintiff in support of its motion, the Court rejects defendants' request for a 50 percent reduction, but incorporates an additional 10 percent reduction to reflect time spent by plaintiff's at-

torneys prior to and at the hearing and in preparation of briefs to eliminate compensation for those matters on which defendants prevailed.

After examining plaintiff's Exhibit 6 (billing rates as of January 1, 1990) attached to the Plum affidavit, the Court also determines that the hourly rates applied for are too high. Mr. Plum, a partner for three years, is a 1979 law school graduate; Mr. Baumgarten, a senior associate, is a 1983 law school graduate; the other two attorneys graduated from law school in 1989. The Court's revisions are as follows:

**Attorneys**

| | | |
|---|---|---|
| Plum | — 139.25 hrs. @ $240/hr. = | $33,420.00 |
| Baumgarten | — 202.00 hrs. @ $175/hr. = | 35,350.00 |
| Goldfarb | — 171.25 hrs. @ $100/hr. = | 17,125.00 |
| Dorman | — 20.75 hrs. @ $100/hr. = | 2,075.00 |

**Legal Assistants**

| | | |
|---|---|---|
| Martin | — 20.00 hrs. @ $75/hr. = | $ 1,500.00 |
| Kim | — 6.50 hrs. @ $75/hr. = | 487.50 |
| Belcsak | — 3.75 hrs. $ $70/hr. = | 262.50 |
| | | $90,220.00 |
| Less plaintiff's adjustment | | −10,683.15 |
| | | 79,536.85 |
| Less Court's 10 percent adjustment | | − 9,022.00 |
| | Total | $70,514.85 |

The Court accepts the costs as adjusted in plaintiff's reply memorandum dated August 2, 1990 totaling $10,216.71.

Lastly, the Court grants plaintiff attorney's fees for time spent on this application through July 12, 1990 as follows:

**Attorneys**

| | | |
|---|---|---|
| Plum | — 10.75 hrs. @ $240/hr. = | $2,580.00 |
| Baumgarten | — 11.75 hrs. @ $175/hr. = | 2,056.25 |
| Goldfarb | — 46.50 hrs. @ $100/hr. = | 4,650.00 |
| | | $9,286.25 |

Accordingly, plaintiff is awarded $79,801.10 in attorney's fees and $10,216.71 in costs.

IT IS SO ORDERED.